IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JAMES H. STERN, #072823                                    PETITIONER

VERSUS                          CIVIL ACTION NO. 3:07-cv-317-WHB-LRA

STATE OF MISSISSIPPI, et al.                              RESPONDENTS

**FINAL JUDGMENT**

This cause is before the Court, *sua sponte*, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby,

ORDERED AND ADJUDGED that this cause be dismissed, without prejudice, for Petitioner's failure to exhaust available state court remedies.

SO ORDERED AND ADJUDGED, this the 15th day of November, 2007.


    s/William H. Barbour, Jr.
     UNITED STATES DISTRICT JUDGE